No. 71–5421. MIDGETT v. SLAYTON, PENITENTIARY SUPERINTENDENT. Order of this Court heretofore entered on February 22, 1972 [certiorari granted, *ante,* p. 916], in this case is hereby revoked. Certiorari dismissed.

No. 71–41. INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 150, AFL–CIO v. FLAIR BUILDERS, INC. [Certiorari granted, 404 U. S. 982.] Request for additional time for filing brief for respondent granted and 30 additional days allotted for that purpose. Typewritten briefs may be filed in lieu of printed briefs. J. Robert Murphy, Esquire, of Aurora, Illinois, invited to file a brief and argue in this case as *amicus curiae* in support of judgment below.

No. 71–709. SUMIDA ET AL. v. YUMEN ET AL., *ante,* p. 964. Motion to disbar denied.

No. 71–1017. GRAVEL v. UNITED STATES; and
No. 71–1026. UNITED STATES v. GRAVEL. [Certiorari granted, *ante,* p. 916.] Motion to expedite granted so that the consolidated cases may be briefed and argued during the present Term of Court. Motion of Unitarian Universalist Assn. for leave to participate in oral argument as *amicus curiae* in No. 71–1017 denied.

No. 71–665. VASQUEZ ET AL. v. WALSH, WARDEN. Motion for leave to file petition for writ of habeas corpus denied.

No. 71–812. LEMELSON v. PETTINE, CHIEF JUDGE, U. S. DISTRICT COURT. Motion for leave to file petition for writ of mandamus and/or prohibition denied.

No. 71–5812. MAGEE v. NELSON, WARDEN, ET AL. Motion for leave to file petition for writ of prohibition denied.